IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN L. LORD,<br><br>              Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>              Defendant. | 8:14CV131<br><br>ORDER |

This matter is before the court on the parties' Rule 26(f) Report. This being an ERISA case, the matter is appropriate for disposition by dispositive motion. Accordingly,

      **IT IS ORDERED**:

      1.    The parties shall have until **June 30, 2014**, to jointly file the administrative record and applicable plan documents.

      2.    The defendant shall have until **July 18, 2014**, to file a motion and brief to affirm the administrator's decision.

      3.    The plaintiff shall have until **August 11, 2014**, to respond to the defendant's motion.

      4.    The defendant shall have until **August 28, 2014**, to file a reply.

      5.    Should the court require any further proceedings in the matter, the parties will be notified by the court.

Dated this 28th day of May, 2014.

                                      BY THE COURT:

                                      s/ Thomas D. Thalken
                                      United States Magistrate Judge